UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DARYL GERMAINE ROSHELL (#418339)

VERSUS

KIRBY CAVALIER

CIVIL ACTION

22-163-SDD-SDJ

### RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Scott D. Johnson dated March 3, 2023, to which no *Objection* has been filed.

**ACCORDINGLY**,

**IT IS ORDERED** that Daryl Germaine Roshell's federal claims for lost property against Kirby Cavalier are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. §§ 1915(e) and 1915A for failure to state a claim. The Court declines to exercise supplemental jurisdiction over potential state law claims and this case shall be CLOSED.

Signed in Baton Rouge, Louisiana, on this 23 day of March, 2023.

*[signature]*
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 13.